**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

7

In re:                                                                                   Bankruptcy Case No.: 18−22047−CMB

Chapter: 13

**James M. Groce**
  Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **July 30, 2018**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                           Michael R. Rhodes
  U.S. Bankruptcy Court                                                            *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 5/21/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-22047-CMB
James M. Groce                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin            Page 1 of 1            Date Rcvd: May 21, 2018
                              Form ID: 154A          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db            +James M. Groce,   1506 Broadview Boulevard,   Natrona Heights, PA 15065-2010
14849848      +Barclays Bank Delaware,   P.O. Box 8803,   Wilmington, DE 19899-8803
14849849     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   15000 Capital One Drive,   Richmond, VA 23238)
14849850      +Capital One,   P.O. Box 30253,   Salt Lake City, UT 84130-0253
14849855      +Regency Finance Co.,   270 Tarentum Bridge Road S.,   New Kensington, PA 15068-4694
14849856      +Ronald J. Spiering,   1506 Broadview Boulevard,   Natrona Heights, PA 15065-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14849849       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2018 10:46:08    Capital One,
               15000 Capital One Drive,   Richmond, VA 23238
14849850      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2018 10:19:08    Capital One,
               P.O. Box 30253,   Salt Lake City, UT 84130-0253
14849851      +E-mail/Text: bankruptcydept@kinecta.org May 22 2018 02:07:16    Kinecta Federal Credit Union,
               P.O. Box 10003,   Manhattan Beach, CA 90267-7503
14849852      +E-mail/Text: bk@lendingclub.com May 22 2018 02:07:12    Lending Club Corp,
               71 Stevenson Street, Suite 300,   San Francisco, CA 94105-2985
14849853      +E-mail/Text: bkr@cardworks.com May 22 2018 02:06:11    Merrick Bank Corp,   P.O. Box 9201,
               Old Bethpage, NY 11804-9001
14849854      +E-mail/Text: bankruptcyteam@quickenloans.com May 22 2018 02:07:09    Quicken Loans,
               1050 Woodward Avenue,   Detroit, MI 48226-1906
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Brian J. Bleasdale    on behalf of Debtor James M. Groce bleasdb@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3