Form 130

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James M. Groce**
  Debtor(s)

Bankruptcy Case No.: 18−22047−CMB

Chapter: 13
Docket No.: 12 − 1, 8

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The Clerk notified the Debtor(s)' attorney, or Debtor(s) if not represented by an attorney, that a *Declaration Re: Electronic Filing of Petition* had to be submitted by **June 4, 2018** and failure to meet that deadline would result in the dismissal of the case.

As of **June 6, 2018,** the above deadline has passed and Debtor(s) failed to submit a *Declaration Re: Electronic Filing of Petition* to the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Local Bankruptcy Rule 1017−2, General Court Procedure #9* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: June 6, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-22047-CMB
James M. Groce                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: mgut              Page 1 of 1             Date Rcvd: Jun 06, 2018
                               Form ID: 130            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db             +James M. Groce,    1506 Broadview Boulevard,    Natrona Heights, PA 15065-2010
14849855       +Regency Finance Co.,    270 Tarentum Bridge Road S.,    New Kensington, PA 15068-4694
14849856       +Ronald J. Spiering,    1506 Broadview Boulevard,    Natrona Heights, PA 15065-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14849848       +EDI: TSYS2.COM Jun 07 2018 12:11:00     Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
14849849        EDI: CAPITALONE.COM Jun 07 2018 12:14:00     Capital One,    15000 Capital One Drive,
                 Richmond, VA 23238
14849850       +EDI: CAPITALONE.COM Jun 07 2018 12:14:00     Capital One,    P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
14849851       +E-mail/Text: bankruptcydept@kinecta.org Jun 07 2018 02:06:08     Kinecta Federal Credit Union,
                 P.O. Box 10003,   Manhattan Beach, CA 90267-7503
14849852       +E-mail/Text: bk@lendingclub.com Jun 07 2018 02:06:07     Lending Club Corp,
                 71 Stevenson Street, Suite 300,   San Francisco, CA 94105-2985
14849853       +EDI: MERRICKBANK.COM Jun 07 2018 12:10:00     Merrick Bank Corp,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
14849854       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 07 2018 02:06:01     Quicken Loans,
                 1050 Woodward Avenue,   Detroit, MI 48226-1906
                                                                                             TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Brian J. Bleasdale    on behalf of Debtor James M. Groce bleasdb@yahoo.com
              James Warmbrodt     on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4