# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | Case No. 18-22047-CMB |
| | § | |
| James M. Groce, | § | Chapter 13 |
| | § | |
| Debtor. | § | Related to Document No. 16 |
| _____ | § | |
| | § | |
| James M. Groce, | § | |
| | § | |
| Movant, | § | |
| | § | |
| vs. | § | |
| | § | |
| No Respondent. | § | |

## ORDER

**AND NOW** on this ___8th___ day of _____June_____, _2018_, upon consideration of

the Motion to Vacate Order Dismissing Case for Failing to File Declaration RE: Electronic Filing

filed by Debtor, it is hereby ordered and directed that the June 6, 2018 Order dismissing Debtor's

Chapter 13 case is vacated and the Clerk of the Bankruptcy Court is instructed to schedule a 341

Hearing date, if otherwise appropriate.

BY THE COURT:

_____
Carlota M. Böhm,
United States Bankruptcy Judge

FILED
6/8/18 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-22047-CMB
James M. Groce                                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: mgut              Page 1 of 1            Date Rcvd: Jun 08, 2018
                               Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
db              +James M. Groce,    1506 Broadview Boulevard,    Natrona Heights, PA 15065-2010
14849848        +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
14849855        +Regency Finance Co.,    270 Tarentum Bridge Road S.,    New Kensington, PA 15068-4694
14849856        +Ronald J. Spiering,    1506 Broadview Boulevard,    Natrona Heights, PA 15065-2010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14849849         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 09 2018 01:43:03      Capital One,
                  15000 Capital One Drive,   Richmond, VA 23238
14849850         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 09 2018 01:43:42      Capital One,
                  P.O. Box 30253,    Salt Lake City, UT 84130-0253
14849851        +E-mail/Text: bankruptcydept@kinecta.org Jun 09 2018 01:46:38      Kinecta Federal Credit Union,
                  P.O. Box 10003,    Manhattan Beach, CA 90267-7503
14849852        +E-mail/Text: bk@lendingclub.com Jun 09 2018 01:46:36      Lending Club Corp,
                  71 Stevenson Street, Suite 300,   San Francisco, CA 94105-2985
14849853        +E-mail/Text: bkr@cardworks.com Jun 09 2018 01:45:44      Merrick Bank Corp,    P.O. Box 9201,
                  Old Bethpage, NY 11804-9001
14849854        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 09 2018 01:46:32       Quicken Loans,
                  1050 Woodward Avenue,   Detroit, MI 48226-1906
                                                                                     TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              Brian J. Bleasdale    on behalf of Debtor James M. Groce bleasdb@yahoo.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 4