IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Case No. 18-22047-CMB |
| James M. Groce | : |
| | : Chapter 13 |
| _____ | : |
| | : Docket Number 34 |
| James M. Groce | : |
| Movant | : |
| vs. | : |
| Rocket Mortgage, LLC | : |
| Respondent | : |

## DECLARATION REGARDING MONTHLY PAYMENT CHANGE

**AND NOW**, comes the Debtor, James M. Groce, by and through his attorney, Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, PC, and file the within Declaration Regarding Monthly Payment Change, and in support of aver as follows:

1. The Debtor, James M. Groce, an adult individual presently residing at 1506 Broadview Boulevard, Natrona Heights, PA 15065.

2. Counsel for the Debtor is Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, P.C.

3. The mortgage company for Debtors' residence is Rocket Mortgage, LLC.

4. The new post-petition monthly payment payable to Rocket Mortgage, LLC is $1,494.56 effective December 2021, per the Notice of Mortgage Payment Change dated December 3, 2021.

5. Debtor's counsel has reviewed the existing plan, recomputed the plan payment, and finds that the existing payment is sufficient to fund the plan.

Respectfully submitted,

Date: December 7, 2021

By: /s/ Brian J. Bleasdale
Brian J. Bleasdale
BLEASDALE LAW OFFICE, PC
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215
Tel: 412-726-7713
Fax: 412-404-8958
bbleasdale@bleasdalelaw.com