**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JAMES M. GROCE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>         vs. <br> No Respondents. | Case No.:18-22047 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/19/2018 and confirmed on 7/23/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 30,008.00 |
| Less Refunds to Debtor | 968.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 29,040.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 1,327.65 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,827.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4246 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4246 | | | | |
|   KINECTA FCU* | 15,133.00 | 15,133.00 | 1,801.39 | 16,934.39 |
|     Acct: 0012 | | | | |
| | | | | 16,934.39 |
| **Priority** | | | | |
|   BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES M. GROCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES M. GROCE | 968.00 | 968.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BLEASDALE LAW OFFICE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BLEASDALE LAW OFFICE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,332.76 | 1,013.68 | 0.00 | 1,013.68 |
|     Acct: 0436 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2138 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8727 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 732.74 | 557.31 | 0.00 | 557.31 |
|     Acct: 2810 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 5,857.54 | 4,455.14 | 0.00 | 4,455.14 |
|     Acct: 3690 | | | | |
|   MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4503 | | | | |
|   REGENCY FINANCE COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |

18-22047 | | | | Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8301 | | | | |
| KINECTA FCU* | 1,169.12 | 889.21 | 0.00 | 889.21 |
| Acct: 0012 | | | | |
| PEOPLES GAS LLC F/K/A PEOPLES TWP L | 476.77 | 362.62 | 0.00 | 362.62 |
| Acct: 4521 | | | | |
| RONALD SPIERING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,277.96 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 24,212.35 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 15,133.00 | |
| UNSECURED | 9,568.93 | |

Date: 07/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES M. GROCE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-22047

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22047-CMB |
| James M. Groce | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 27, 2023 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James M. Groce, 1506 Broadview Boulevard, Natrona Heights, PA 15065-2010 |
| 14849855 | + | Regency Finance Co., 270 Tarentum Bridge Road S., New Kensington, PA 15068-4694 |
| 14849856 | + | Ronald J. Spiering, 1506 Broadview Boulevard, Natrona Heights, PA 15065-2010 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 27 2023 23:27:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14849848 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 27 2023 23:27:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14849849 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 23:39:18 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14849850 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 23:26:02 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14849851 | + | Email/Text: bankruptcydept@kinecta.org | Jul 27 2023 23:28:00 | Kinecta Federal Credit Union, 1440 Rosecrans Avenue, P.O. Box 10003, Manhattan Beach, CA 90267-7503 |
| 14885830 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 23:39:16 | LVNV Funding, LLC its successors and assigns as, assignee of Golden Caps Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14849852 | + | Email/Text: Documentfiling@lciinc.com | Jul 27 2023 23:27:00 | Lending Club Corp, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14849853 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2023 23:39:31 | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14879881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 23:39:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14867185 | + | Email/Text: ebnpeoples@grblaw.com | Jul 27 2023 23:27:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14849854 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 27 2023 23:28:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14865877 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 27 2023 23:28:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 12

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: pdf900 | Total Noticed: 15 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023                    Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian J. Bleasdale | on behalf of Debtor James M. Groce bleasdb@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 6